IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-187-MOC-DCK

| | |
|---|---|
| METRA INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| WATER & SEWER AUTHORITY OF CABARRUS COUNTY, and WILLIS ENGINEERS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Richard A. Vinroot on May 16, 2012, concerning Lewis J. Baker. Mr. Baker seeks to appear as counsel *pro hac vice* for Plaintiff Metra Industries, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Baker is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Metra Industries, Inc.

Signed: May 17, 2012

David C. Keesler
United States Magistrate Judge